IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:08cr39-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| CATHERINE B. BUSH | ) | INFORMATION |

The United States Attorney charges that:

On or about the 3rd of September 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CATHERINE B. BUSH did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a necklace and earring set and a tube of lipstick in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*Emily M. R.*
EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 10:40 A.M., September 3rd, 2007, April L. Smith, a PX security employee, observed through video surveillance a woman in the Jewelry Department with one necklace. The woman was observed placing the necklace into her purse. The woman was next observed putting a tube of lipstick into her purse. The woman later identified as CATHERINE B. BUSH was observed exiting the main exchange store without payment of the items. CATHERINE B. BUSH was detained by April L. Smith until my arrival. I made contact with Mrs. April L. Smith and viewed the video tape which revealed the woman, later identified as CATHERINE B. BUSH, concealing a necklace and lipstick and place the two items in her purse. CATHERINE B. BUSH left the store without rendering proper payment for the items. The CATHERINE B. BUSH was apprehended and transported to the MP Station for further processing and the items were later returned to the PX.

_[signature]_
TOMMY LEE GILLESPIE, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this  11  day of February 2008.


_[signature]_
NOTARY PUBLIC

My commission expires:  NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS