M/D-62

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | CR. NO. 1:08cr39-WC |

RECEIVED

2008 MAR 26  A 10: 03

**CATHERINE B. BUSH**

CLARA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF RIGHT TO COUNSEL

You have the right to be represented by a lawyer during all proceedings in this Court concerning the charge(s) against you. If you show that you cannot afford a lawyer the court will appoint and pay a lawyer for you. Before the court can appoint and pay a lawyer for you, you must complete the enclosed Financial Affidavit, sign and date it, and mail it to the address below not less than ten (10) days prior to the date you must appear in court. Please put your telephone number at the bottom of the Financial Affidavit. If you do not fill out this Financial Affidavit and you do want an appointed lawyer, it is likely that you will be required to make an extra appearance in court. Completion and mailing of this Financial Affidavit at this time may save you this extra appearance. When you send this Financial Affidavit in, the court will review it and determine if you qualify for the appointment of a lawyer. If a lawyer is appointed for you, the lawyer's fee will be paid by the United States. You will be notified when a lawyer is appointed for you.

If you retain a lawyer to represent you in this case, your attorney should file a notice of appearance with this court prior to the appearance date on the summons. A "Notice of Appearance" form is enclosed. Please have your lawyer mail it to the Court.

Please mail all correspondence and send all forms to the following address"

CLERK, U. S. DISTRICT COURT
P. O. Box 711
Montgomery, Alabama 36101

(X)  I request that a lawyer be appointed to represent me in this case. Enclosed is my completed Financial Affidavit.

_Catherine Bush_                              _3-25-2008_
Signature                                                    Date