UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00039-WC |
| | ) | |
| CATHERINE B. BUSH | ) | |

## MOTION FOR LEAVE TO FILE STATUS REPORT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on February 20, 2008.

2. Ms. Bush was arraigned on May 13, 2008.

3. Ms. Bush submitted a request for pre-trial diversion on June 19, 2008.

4. The request for pre-trial diversion was forwarded to the U.S. Attorneys Office on June 23, 2008, and is currently pending review and approval/disapproval.

Respectfully submitted this the 25th day of June, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00039-WC |
| | ) | |
| CATHERINE B. BUSH | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Petersen, Attorney for Catherine B. Bush, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Catherine B. Bush.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Emily M. Ruisanchez
    EMILY M. RUISANCHEZ
    Special Assistant United States Attorney
    Soldier Service Center, Bldg. 5700
    Fort Rucker, Alabama 36362
    Telephone: (334) 255-9141
    Fax: (334) 255-1869
    E-mail: emily.ruisanchez@us.army.mil