IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.:1:08cr39-WC |
| | ) | |
| **CATHERINE B. BUSH** | **)** | |

## ORDER

For good cause, it is

ORDERED that the pretrial conference currently scheduled for June 30, 2008, is

cancelled.

DONE this 26th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE