IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.1:08cr39-WC |
| | ) | |
| **CATHERINE B. BUSH** | ) | |

## ORDER

Based upon this court's order resetting the trial in the above-styled case from September 22, 2008 to November 3, 2008 and for good cause, it is

ORDERED that the parties shall attend the pretrial conference by telephone on September 29, 2008 at 9:00 a.m. The Government shall set up the conference call. IT IS FURTHER ORDERED that the September 15, 2008 Status Conference is cancelled.

DONE this 25th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE